# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 6, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

151524(44)(45)

SBC HEALTH MIDWEST, INC.,
        Petitioner-Appellee,

v

CITY OF KENTWOOD,
        Respondent-Appellant.

_____/

SC: 151524
COA: 319428
Tax Tribunal: 00-416230

        On order of the Chief Justice, the separate motions of (1) the Michigan Manufacturers Association, and (2) the Michigan Municipal League, Michigan Townships Association, Michigan Association of Counties, and Michigan Assessors Association to participate as amici curiae and file amicus briefs are GRANTED. The amicus briefs submitted on April 13, 2016, are accepted for filing.



        I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 6, 2016



Clerk